71,548-12

Feb. 9th 2015

AttN: Mr. Able Acosta, Clerk
Office of the Court Clerk,
  Dear Mr. Acosta

        Sir, please File the Enclosed petition for writ
of Mandamus And AFFidavit And Exhibit IN support, And please send
me A return Notice of your Filings. I do truely Appeercate your Most
proFicient And professional response, Thankyou.,

                                    Respectfully submitted
                                    Earl D Coeyne #1541308
                                    petitioner Pro se.

This document contains some
pages that are of poor quality
at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

# CAUSE NO. 1
## (TO BE SUPPLIED BY CLERK)

| | |
|---|---|
| EARL D. COOPER<br>TDCJ-ID-NO.1541308<br>Petitioner<br><br>VS.<br><br>JASON C. LYNCH<br>ATTORNEY AT LAW<br>Respondent | IN THE<br>COURT OF CRIMINAL APPEALS<br>OF TEXAS<br><br>RE: Client File - In re., The State of Texas<br>V. Earl Cooper, In the 108th District Court<br>Potter County Texas; Cause No. 57,019E.9 |

## PETITIONERS MOTION FOR MANDAMUS

BEFORE THE HONORABLE COURT OF APPEALS PANEL JUDGE'S:

PER CURIAM.,

    COMES NOW Earl D. Cooper, Petitioner Whom is A State of Texas prisoner, inmate Number # 1541308, Was Convicted in Cause Number 57,019E, For the Offense: Possession Obtain Controlled Substance By Fraud, in the 108th Judicial District Court in And For Potter County, Texas. on the 7th day of November 2008. Petitioner hereinafter refered to As [Cooper], prays For the Court's Judicial Assistance, under Mandamus Cause of Action. Socer V. Scott, 942 F. 2d 597 [9th cir. 1991]; As he has Attempted Several time's to have his Prior Potter County, Court-Apointed Public Defender, Attorney Jason C. Lynch, to relinqunish the "Entire" Contents of his Case File in the Above Mention Cause, in Accordance to State Bar Article V. T.C.A. Government Code Title 2, Subtitle (G.) Appendix, Art.10. Section 9, Code of Professional Responsibility, Disciplinary Rule 9-103(3)(4). As Applied in "Resolution" Trust Corp V.P.C. 128 F.D.R. 647 under Texas Law provision's... The entire "Content's of Said Attorney's File belong's to his prior Client [ie., Cooper] However Said Attorney Could Copy, At his... Own "Expense" Portions of Cooper's File that he wants to retain", As Cooper Prudently And respectfully Admonishes the Honorable Court And its... Honorable Panel Judge's,

page 1 OF 4 c.c

In his quoting Spivey V. Zant, 683 F.2d 881, 885 [5th cir. 1982] "The work product doctrine Pertains to "Material's" Prepared by An Attorney in Preparation For "litigation, When the Materials Are Sought by An Adversory of the Attorney's "Client"... Thus this work Product, doctrine does "not" Apply to the "situation" in which A Client Seeks "Access" to documents or other tangible things..."Created" or Massed by his or her Attorney during the Course of the representation." Likewise As stated in, In Re: E. George 28 S.W. 3d 511 [Tex.-2000]... The Attorney is the "Agent" of the Client [ie. Cooper] "And the work Product generated by the Attorney [ie. Jason C. Lynch] in representing the Client..."Belong's to the "Client", As cited by the Court in Ward V. State, 740 S.W. 2d 794, 797 [crim. App. 1987]; See "Supreme Court of Texas Rules Governing the State Bar of Texas Article 1, Section 9, Disciplinary Rule 2-110-[1987] Disciplinary Rule 2-110[A)(2). In Any "Event, A Lawyer Shall Not withdraw From Employment until he/she has taken "Reasonable"... "Steps" to Avoid Foreseeable Perjudice to the rights of Client, including "Delivering to the Client [ie., Cooper]... "All Papers And Property to which the client is entitled... In Complying with Applicable Laws And Rules.,

To reiterate, Attorney Jason C. Lynch has Continuely refused to respond to Any of Cooper's Attempts] to obtain his File in Cause No. 57,019E. And Said Attorney's Action's Are in direct Violation's of the A.B.A. Standards."Mandamus May be issued When Petitioner "Shows" there is "No"... Other "Means" Available to obtain desired relief, And that his right to issuance of the writ is "Clear" And undisputable... IN RE GLASS WORKERS LOCAL NO. 173, 983 F.2d 725 [6th cir. 1993], MALLARD V. U.S. DIST COURT FOR S. DIST OF IOWA, 490 U.S. 296, 104 LEd 2d 318, 109 Sct 1814.[1989]

Cooper is Attempting to research Errors, in his Prior Case And Obtaing his File is Paramount to his U.S. Constitutional Rights And his fourteenth Amendment Due process rights, As A state of Texas inmate Seeking Access to Legal Material's And Access to the Courts. See Van Harken V. City of Chicago 103 F.3d 1200 (1st. Cir. 1996); Also See Scott V. Illinos 449 U.S. 367, 59 LEd 2d 383, 99,

page 2 of 4 c.c.

S.Ct. 1158 [1979] "Due process Clause does not Forbid reclassification of Criminal offenses As Civil Violations., Also see Hamilton v. Lyons 74 F.3d. 99 [5th Cir. 1996] Convictions tainted by suppression, destruction, or Alteration of Material Evidence violate defendant's rights to due process.,

Prisoners [i.e., Cooper] have constitutional right to petition the government For redress of their grievances., which includes reasonable right of Access to Courts And Also Extends to Administrative Arms And units of government. O'Keefe v. Van Boening 82 F.3d. 322 [9th Cir. 1996];

Cooper in this instant litigation For Mandamus, As A state of Texas prisoner is "not" stripped of his "Constitutional" rights [i.e., protections] At the prison gate. But he, rather still retains All the right[s] of An "Ordinary Citizen"... Except those "expressly", or by Necessary implication taken From him by the Law." see Bell v. Wolfish 441 U.S. 520. 60 LEd. 2d 447, 99 S.Ct. 1900 [1979]; Also see Rrocunier v. Martinez, 416 U.S. 396 40 LEd 2d. 224, 94 S.Ct. 1900 [1974];

WHEREFORE PREMISE CONSIDERED... Cooper prays the Honorable Court And it's presiding Honorable panel Judges, Find in his Judicial Favor Merit.... And issue An order From the Court Directing, Attorney Jason C. Lynch to wit... That he shall relinquish the File in Cause Number 57019E STyled: The state of Texas V. Earl Cooper, In the 108th District Court, Potter County Texas; Cause No. 57,019E. within Ten [10] days of his receiving the Courts order; to Earl Daniel Cooper T.D.C.J. Inmate Number "1541308, Now held in state custody At the TDCJ -C.I.D McConnell unit Prison Facility, located At 3001 South Emily Drive Beeville Texas 78102, by Sending said File And All its Contents Via Certified united States Mail. And Any other Documents in relation to said File. Cooper request the Court Further order Any other relief deem Necessary in Conjunction with the Above." IT IS SO PRAYED OR SHOW CAUSE WHY., Executed on this 4th day of February 2015.,

See Attached Affidavit And Exhibit (A).

Respectfully Submitted
Earl D Cooper #1541308
TDCJ-CID McConnell unit
3001 South Emily Drive
Beeville Texas 78102

Page 3 of 4 e.c.

# CERTIFICATE OF SERVICE

I do hereby certify that the Above And Foregoing Petitioners Motion For Mandomus, was sent on date Feburary 9th 2015. By Placing said Motion in the United States Mail postage pre-paid to the Following Address: ATTN: Mr. Abel Acosta, Clerk Court OF Criminal Appeals OF Texas, Office OF the Court Clerk. P.O. Box 12308 Capitol Station, Austin, Texas 78711., And Attorney Jason c. Lynch Lynch & West, PLLC Attorney's At Law 1600 South Fillmore Amarillo, Texas. 79101. ,

Earl D. Cooper 1541308

pro se Petitioner   TDCJ-ID-NO.

page 4 OF4 c.c.

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

EARL O. COOPER
TDCJ-ID-NO. #1541308
Petitioner

VS.

JASON C. LYNCH
ATTORNEY AT LAW
Respondent., et al.

CAUSE NUMBER

(TO BE SUPPLIED BY CLERK)
STATE OF TEXAS|| AFFIDAVIT OF SS:
County OF BEE || EARL O. COOPER.

## AFFIDAVIT IN SUPPORT FOR GRANTING OF MANDAMUS

COMES NOW Petitioner in the Above styled Action. Earl O. Cooper State OF Texas T.D.C.J.-CID inmate No. 1541308 And After duly Sworn deposes And Says: That he is representing himself As pro se petitioner in the Above-Styled Action without the Assistance OF Counsel.

(2). That the Respondant Jason C. Lynch Attorney At Law, was served with the "Original" correspondence From Earl O. Cooper, his prior client, in Criminal Felony Proceeding styled: The State of Texas v. Earl Cooper, In the 108th District Court, Potter County, Texas: Cause No. 57,019E., Requesting the "Entire" Contents of his Case File - Located within Attorney Lynch's Record's... Generated in his representation OF Earl Cooper, As DeFense Counsel - By Appointment OF the 108th Judicial District Potter County, Court, in the state of Texas, on date May 12th 2008.,

(3). Earl Cooper has Attached A Copy OF said correspondence indicated As Exhibit A to this Affidavit., The Correspondence is dated January 28th 2015, And is in Copy docketed with the Appellant Court's clerk.

(4). The Respondent Attorney Jason C. Lynch, has Fail AN/or refused to Comply to to his Former client's [Coopers] request for his Case File Now that the Criminal Action Aas been concluded For over A time period OF Six years, As there is Cooper believes to the best of his Knowledge by law A Ten [10] year Limit., For his request For the return OF his Case File., And said Attorneys Constant refusals, to comply to State Bar Article V. T. C. A. Government Code Title 2 Section (G). Appendix Art. 10 Section 9 Code "Professional Responsibility Disciplinary Rule 9-103 (3)(4) And Art I. Section 9, Disciplinary Rule 2-110 (1987) Disciplinary Rule 2-110 (A)(2) Are Objectionably unwarrant And in violation OF [Coopers] due process rights.,

page 1 OF

(4). Petitioner [Cooper] is entitled in Law to have remedy of Mandamus As there's no other means Available For him to obtain the desired relief And the Court oF Appeals is the proper State Judicial Authority in this Action, to Grant Judgment And order oF Mandamus in his Favor.

AFFIANT FURTHE SAYTH NAUGHT. Executed on this 9th day oF Febuary 2015.,

Respectfully Submitted

By: Eve O Cooper #1541308

TDCJ-CID-ID-NO.

TDCJ-William G. McConnell Unit
3001 South Emily Dr.
Beeville Texas 78102

Copy Furinished to the Court oF Criminal Appeals oF Texas:
Attn: Mr. Abel Acosta, Clerk
Office oF the Court Clerk
P.O. Box 12308, Capitol Station
Austin, Texas 78711

See Attached Exhibit (A)

# LYNCH & WEST, PLLC

Atty: Jason C. Lynch
Attorney At Law
600 South Fillmore
Amarillo, Texas 79101

January 28th, 2015

RE: The State of Texas v. Earl Cooper, In the 108th District Court, Potter County, Texas; Cause No. 57,019-E.

Dear Attorney Jason C. Lynch,

I am hereby requesting the "entire" Contents of My Case File Located within your records, generated by you in your representation of Me As (Defense) Counsel in the Above Said Cause.

According to the State Bar Article, V.T.C.A. Government Code Title 2, Sub-title (G), Appendix, Article 10, Section 9, Code Professional Responsibility Disciplinary Rule 9-103(3)(4) As Applied In "Resolution Trust Corp. V.P.C. 728 F.R.D. 647, "under Texas Law entire Contents of Attorney's File belongs to client. However, Attorney could Copy, At his/her own "Expense" Portions of the File that he/she wanted to retain".

As stated in spivey v. zant, 693 F.2d 881, 885 (5th Cir. 1982) "the work product doctrine pertains to "Material" prepared by An Attorney In Preparation For litigation when the Materials Are Sought by An Adversary of the Attorney's client... Thus, the work product doctrine does not Apply to the Situation in which A client seeks Access to documents or other tangible "things "Created" or Amassed by his/her Attorney during the "ourse of the representation". Likewise, As stated In IN RE George, 28 S.W. 3d 511 (Tex. 2000), "The Attorney is the Agent of the client, And the work Product generated by the Attorney in representing the "lient" "belongs to the client". As cited by the Court in Wind v. State 40 S.W. 2d 294, 297 (crim. App. 7 1997) "Supreme Court" of Texas Rules Governing the State Bar of Texas Article I, section 9, Disciplinary Rule 2-110 (1987), Disciplinary Rule 2-110(A)(2) In Any event, A lawyer Shall Not withdraw From employment until he/she has taken reasonable,

Steps to Avoid Foreseeable Perjudice to the right of his/her Client, including delivering to the Client "All" Papers And Property to which the Client is entitled, And Complying with Applicable Laws And Rules.",

Accordingly, I am entitled to the "entire" Contents of My Case File generated by you, in the Above Side Cause Numbers And was entitled to it upon the Completion of your representation of Me As, Defense Counsel."

I, respectfully And Prudently And Most Judiciously request that you "Promptly" honor My request or I shall be Compel to pursue A Writ of Mandamus"... As well As bring this Matter to the Attention of the State Bar Association of the State of Texas. I thank you in Advance

Respectfully Submitted,
Earl D. Cooper" 1541308
TDCJ-CID-ID-Number
TDCJ-CID William G. McConnell Unit
3001 South Emily Dr.
Beeville Texas 26102

# CERTIFICATE OF SERVICE

I, Earl Daniel Cooper #1541308 Appellant, Pro se do hereby Certify that A true And correct copy of the Above letter has been served by placing the same in the prison Mail Box, via First class Mail on the 28 day of January 2015., Address to Attorney Jason C. lynch.

LYNCH & WEST, PLLC Attorneys At Law, 600 South Fillmore Amarillo Texas 79101.,

Earl D Cooper #1541308
Appellant, Pro se